# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 25-cv-3610-BAS-JLB |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE (ECF No. 1)** |
| v. | |
| CHANG G. PARK, *also known as Changgeun Park*, | |
| Defendant. | |

Presently before the Court is Plaintiff Securities and Exchange Commission's ex parte motion. (ECF No. 1.) Plaintiff seeks a Court Order to enforce a Commission order, in accordance with Section 21(e)(1) of the Securities Exchange Act of 1934. (*Id*.); *SEC v. McCarthy*, 322 F.3d 650, 659 (9th Cir. 2003).

The Court ordered Defendant to Show Cause as to why this Court should not enforce compliance with the Commission order. (ECF No. 2.) The Court gave Defendant until January 23, 2026, to respond. (*Id*.)

- 1 -

The Court further ordered Plaintiff to serve Defendant with a copy of the motion on or before January 9, 2026, and to file a certificate of service with the Court confirming service of process. (*Id*.) The Plaintiff filed the certificate of service. (ECF No. 3.)

The deadline for Defendant to show cause has passed without a response. Accordingly, the Court **GRANTS** Plaintiff's motion to enforce, requiring Defendant to pay the civil penalty assessed against him and interest accrued pursuant to 31 U.S.C. § 3717. (ECF No. 1.) The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

DATED: January 28, 2026

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv3610